IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| City of Phoenix, an Arizona municipal corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Ambac Financial Group, Inc., a Delaware corporation; MBIA, Inc., a Connecticut corporation; and Financial Guaranty Insurance Company, a Delaware corporation,<br><br>　　　　　　　Defendants. | No. CV 10-00555-PHX-MHM<br><br>**ORDER SUBSTITUTING AMBAC ASSURANCE CORPORATION IN PLACE OF AMBAC FINANCIAL GROUP** |

Pursuant to the stipulation of the parties, and for good cause shown,

IT IS HEREBY ORDERED that Defendant Ambac Financial Group, Inc., is dismissed without prejudice and that Ambac Assurance Corporation is substituted in its place. References to Ambac Financial Group contained in Plaintiff's Complaint and in Ambac's Answer shall be treated as if referring to Ambac Assurance Corporation.

This order does not bar Plaintiff from seeking leave to add Ambac Financial Group as a defendant at a later date to the extent otherwise appropriate, nor does it bar Ambac Financial Group, Inc. or Ambac Assurance Corporation from opposing any such request on any available grounds.

Dated this 10th day of August, 2010.

_____
Mary H. Murguia
United States District Judge