IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| City of Phoenix, an Arizona municipal corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>Ambac Assurance Corporation, a Delaware corporation; MBIA Inc., a Connecticut corporation; and Financial Guaranty Insurance Company, a Delaware corporation,<br><br>    Defendants. | No. CV 10-00555-PHX-MHM<br><br>**ORDER SUBSTITUTING MBIA INSURANCE CORPORATION IN PLACE OF MBIA INC.** |

  Pursuant to the stipulation of the parties, and for good cause shown,

  IT IS HEREBY ORDERED that Defendant MBIA Inc. is dismissed without prejudice and that MBIA Insurance Corporation is substituted in its place. References to MBIA Inc. contained in Plaintiff's Complaint and in MBIA Inc.'s Answer shall be treated as if referring to MBIA Insurance Corporation.

  This order does not bar Plaintiff from seeking leave to add MBIA Inc. as a defendant at a later date to the extent otherwise appropriate, nor does it bar MBIA Inc. or MBIA Insurance Corporation from opposing any such request on any available grounds.

  Dated this 30th day of September, 2010.

_____
Mary H. Murguia
United States District Judge