HOLM WRIGHT HYDE & HAYS PLC
Brad Holm (Bar No. 011237)
Scott G. Anderson (Bar No. 020094)
10429 South 51st Street, Suite 285
Phoenix, Arizona 85044
Telephone: (480) 961-0040
Facsimile: (480) 961-0818
bholm@holmwright.com
sanderson@holmwright.com

SCHNEIDER WALLACE
COTTRELL KONECKY LLP
Garrett W. Wotkyns (Bar No. 025887)
Michael C. McKay (Bar No. 023354)
8501 North Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
Telephone: (480) 428-0143
Facsimile: (866) 505-8036
gwotkyns@schneiderwallace.com
mmckay@schneiderwallace.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| City of Phoenix, an Arizona municipal corporation, | No. 2:10-CV-00555-TMB |
| Plaintiff, | **STIPULATION TO DISMISS PHOENIX'S CLAIMS AGAINST AMBAC AND MBIA** |
| vs. | |
| Ambac Assurance Corporation, a Wisconsin corporation; MBIA Insurance Corporation, a New York corporation; and Financial Guaranty Insurance Company, a New York stock insurance company, | (Assigned to the Hon. Timothy M. Burgess) |
| Defendants. | |

Plaintiff City of Phoenix ("Phoenix") and Defendants Ambac Assurance Corporation ("Ambac") and MBIA Insurance Corporation ("MBIA") stipulate and agree that this Action shall be dismissed in its entirety with prejudice as against Ambac and MBIA, each party to bear their own costs and fees.

The dismissal shall not act to dismiss Phoenix's claims against Defendant Financial Guaranty Insurance Company ("FGIC").

DATED this 29th day of July 2013.

| | |
|---|---|
| Robert G. Schaffer<br>William G. Voit<br>LEWIS AND ROCA LLP<br>40 North Central Avenue, 19th Floor<br>Phoenix, Arizona 85004-4429 | Bradley D. Holm<br>Scott G. Anderson<br>HOLM WRIGHT HYDE & HAYS PLC<br>10429 S. 51st Street, Suite 285<br>Phoenix, Arizona 85044-5234 |
| Scott P. Cooper (*Pro hac vice*)<br>Jennifer L. Jones (*Pro hac vice*)<br>Jennifer L. Roche (*Pro hac vice*)<br>PROSKAUER ROSE LLP<br>2049 Century Park East, 32nd Floor<br>Los Angeles, CA 90067-3206 | Garrett W. Wotkyns<br>Michael C. McKay<br>SCHNEIDER WALLACE COTTRELL KONECKY LLP<br>8501 N. Scottsdale Road, Suite 270<br>Scottsdale, Arizona 85253 |
| **Attorneys for Defendant MBIA Insurance Corporation** | **Attorneys for Plaintiff** |
| By s/Scott P. Cooper (with permission)<br>      Scott P. Cooper | By s/Michael C. McKay<br>      Michael C. McKay |

William J. Maledon
Dawn L. Dauphine
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona  85012-2793

Robert P. LoBue (Pro hac vice)
Melissa R. Ginsberg (Pro hac vice)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036

**Attorneys for Defendant Ambac Assurance Corporation**

By     s/ Dawn L. Dauphine (with permission)
      Dawn L. Dauphine

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2013, I electronically transmitted the attached document to the Office of the Clerk of the U.S. District Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants for this case.

/s/Michael C. McKay