**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| City of Phoenix, an Arizona municipal corporation, ) | No. 2:10-CV-00555-TMB |
| Plaintiff, ) | **ORDER DISMISSING PHOENIX'S CLAIMS AGAINST AMBAC AND MBIA** |
| vs. ) | |
| Ambac Assurance Corporation, a Wisconsin ) corporation; MBIA Insurance Corporation, a ) New York corporation; and Financial ) Guaranty Insurance Company, a New York ) stock insurance company, ) | (Assigned to the Hon. Timothy M. Burgess) |
| Defendants. ) | |

Pursuant to the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED:

Plaintiff City of Phoenix's ("Phoenix") action against Defendants Ambac Assurance Corporation ("Ambac") and MBIA Insurance Corporation ("MBIA") is hereby dismissed in its entirety with prejudice, each party to bear their own costs and fees.

Dated this 1st day of August, 2013

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
U.S. DISTRICT COURT JUDGE