EXHIBIT A

Keith Beauchamp (012434)
Scott M. Bennett (022350)
**COPPERSMITH SCHERMER & BROCKELMAN PLC**
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
(602) 381-5490 (Direct)
(602) 772-3738 (Direct Fax)
kbeauchamp@csblaw.com
sbennett@csblaw.com

Brian S. Fraser (Admitted *Pro Hac Vice*)
Shari A. Brandt (Admitted *Pro Hac Vice*)
**RICHARDS KIBBE & ORBE LLP**
200 Liberty Street
New York, New York 10281
(212) 530-1800
(212) 530-1801 (Fax)
bfraser@rkollp.com
sbrandt@rkollp.com

*Attorneys for Defendant Financial Guaranty Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| City of Phoenix, an Arizona municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>Ambac Assurance Corporation, a Wisconsin Corporation; MBIA Insurance Corporation, a New York Corporation; and Financial Guaranty Insurance Company, a New York stock insurance company,<br><br>Defendants. | No. 2:10-cv-00555-TMB<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Federal Rules of Civil Procedure 41(a)(A)(ii) and 41(a)(1)(B), Plaintiff City of Phoenix, an Arizona municipal corporation ("City of Phoenix") and Defendant Financial Guaranty Insurance Company, a New York

stock insurance company ("FGIC"), by and through their attorneys, do hereby stipulate as follows:

1. The Parties hereby agree and request that the City of Phoenix's complaint in the above-captioned proceeding, *City of Phoenix, an Arizona municipal corporation v. Ambac Assurance Corporation, a Wisconsin Corporation; MBIA Insurance Corporation, a New York Corporation; and Financial Guaranty Insurance Company, a New York stock insurance company, (D. Ariz. No. 2:10-cv-00555-TMB)* be dismissed with prejudice and with each party to bear its own fees and costs.

2. The City of Phoenix's claims against Ambac Assurance Corporation and MBIA Insurance Corporation were previously dismissed with prejudice on August 1, 2013. All Parties who have appeared and remain in the above-captioned proceeding have signed this Stipulation of Voluntary Dismissal with Prejudice.

Dated: September 30, 2014

/s/ Michael C. McKay
   Michael C. McKay

SCHNEIDER WALLACE COTTRELL KONECKY LLP
Garrett W. Wotkyns
Michael C. McKay
8501 N. Scottsdale Road, Suite 270
Scottsdale, Arizona 85253
(Attorneys for City of Phoenix)

HOLM WRIGHT HYDE & HAYS PLC
Bradley D. Holm
Scott G. Anderson
10429 S. 51st Street, Suite 285
Phoenix, Arizona 85044-5234
(Attorneys for City of Phoenix)

/s/ Brian S. Fraser

RICHARDS KIBBE & ORBE LLP
Brian S. Fraser (*Pro hac vice*)
Shari A. Brandt (*Pro hac vice*)
One World Financial Center
New York, New York 10281
Telephone: (212) 530-1800
Fax: (212) 530-1801
bfraser@rkollp.com
sbrandt@rkollp.com
(Attorneys for Financial Guaranty Insurance Company)

COPPERSMITH SCHERMER & BROCKELMAN, PLC
Keith Beauchamp
Scott M. Bennett
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 381-5490
Fax: (602) 772-3738
kbeauchamp@csblaw.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

sbennett@csblaw.com
(Attorneys for Financial Guaranty Insurance Company)