# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| City of Phoenix, an Arizona municipal corporation, | ) ) ) | No. 2:10-cv-00555-TMB |
| Plaintiff, | ) ) | **ORDER GRANTING STIPULATION TO DISMISS** |
| vs. | ) ) | |
| Financial Guaranty Insurance Company, a New York stock insurance company, | ) ) ) | (Assigned to the Hon. Timothy M. Burgess) |
| Defendants. | ) ) | |

Pursuant to the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED:

Plaintiff City of Phoenix's ("Phoenix") claims against Defendant Financial Guaranty Insurance Company ("FGIC") are hereby dismissed in their entirety with prejudice, each party to bear their own costs and fees. This order resolves all outstanding claims. No further matters remain pending, this is a final judgment.

October 3, 2014                           /s/ Timothy M. Burgess
                                          TIMOTHY M. BURGESS
                                          U.S. DISTRICT COURT JUDGE